UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNA CHATMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-09572 SVW (PLAx)<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER** |

Upon review of the Stipulated Protective Order, agreed by both parties, and the Court having found good cause,

IT IS SO ORDERED as modified.

DATED: January 8, 2019

*/s/ Paul L. Abrams*

Honorable Paul L. Abrams
United States Magistrate Judge
Central District of California